**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SEPTEMBER L.,

           Plaintiff,

v.

FRANK BISIGNANO, *Commissioner of*
*Social Security*,

           Defendant.

Case No. 25-cv-331 (LMP/ECW)

**ORDER ADOPTING**
**REPORT AND**
**RECOMMENDATION**

Plaintiff September L. brought this action to seek judicial review of a final decision by the Commissioner of Social Security, Defendant Frank Bisignano (the "Commissioner"), denying her application for disability insurance benefits. *See generally* ECF No. 1. September L. asks the Court to vacate the Commissioner's decision and remand this matter to the Commissioner for further proceedings. *See generally* ECF No. 8. The Commissioner opposes September L.'s request for relief and asks the Court to affirm the Commissioner's decision. *See generally* ECF No. 10. After receiving briefing from the parties, United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on January 29, 2026, recommending that September L.'s request for remand be granted and that the Commissioner's request to dismiss the complaint be denied. ECF No. 14 at 44.

Neither party has filed objections to the R&R, so the Court reviews it for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no error and adopts it in full.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1.    The R&R (ECF No. 14) is **ADOPTED**;

2.    September L.'s request for remand of the Commissioner's decision (ECF Nos. 8, 11) is **GRANTED**;

3.    The Commissioner's request that the complaint be dismissed (ECF No. 10) is **DENIED**; and

4.    This matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the R&R (ECF No. 14).[1]

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 23, 2026                              *s/Laura M. Provinzino*
                                                                          Laura M. Provinzino
                                                                          United States District Judge

---

[1]    On remand, the Commissioner is directed to account for September L.'s nonsevere mental impairments and to address the other claims of error she has raised.  ECF No. 14 at 43.